IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
AHEVILLE DIVISION
1:16 CV 118

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY ) | |
| COMMISSION, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| MISSION HOSPITAL, INC., ) | |
| ) | |
|     Defendant. ) | |

**THIS MATTER** has come before the undersigned pursuant to a Consent Motion to Amend Expert Reports Deadlines (#10) filed by counsel for the Plaintiff. It appears from an examination of the motion that counsel for Defendant has been consulted and does not object to the motion, and as a result, the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Consent Motion to Amend Expert Reports Deadlines (#10) is **ALLOWED.** This time within which the Plaintiff shall serve the Plaintiff's expert reports is extended until **November 1, 2016** and the time within which the Defendant to serve its expert reports is extended to **December 1, 2016.**

Signed: August 31, 2016

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge